```
                                                     CLERK'S OFFICE U.S. DIST. COURT
                                                          AT ROANOKE, VA
                                                              FILED
         IN THE UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF VIRGINIA           APR 2   2006
                   ROANOKE DIVISION                JOHN F. CORCORAN, CLERK
                                                   BY:
                                                          DEPUTY CLERK
```

| | | |
|---|---|---|
| **LARRIANTE' SUMBRY,** | ) | |
| Petitioner, | ) | Civil Action No. 7:06cv00227 |
| | ) | |
| | ) | **FINAL ORDER** |
| | ) | |
| **INDIANA STATE PRISON, et al.,** | ) | By: Samuel G. Wilson |
| Respondents. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that Sumbry's petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254 is hereby **DISMISSED** without prejudice, all other pending motions are hereby **DENIED** as **MOOT**, and this action shall be stricken from the active docket of the court.

The clerk is directed to send certified copies of this Order and the accompanying Memorandum Opinion to the petitioner and counsel for the respondent if known.

**ENTER**: This 26th day of April, 2006.

_____
UNITED STATES DISTRICT JUDGE