IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 2... 2006

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

| | |
|---|---|
| LARRIANTE' SUMBRY, )<br>    Petitioner, ) | Civil Action No. 7:06cv00227 |
| ) | |
| ) | **FINAL ORDER** |
| ) | |
| INDIANA STATE PRISON, et al., )<br>    Respondents. ) | By: Samuel G. Wilson<br>United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that Sumbry's petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254 is hereby **DISMISSED** without prejudice, all other pending motions are hereby **DENIED** as **MOOT**, and this action shall be stricken from the active docket of the court.

The clerk is directed to send certified copies of this Order and the accompanying Memorandum Opinion to the petitioner and counsel for the respondent if known.

**ENTER**: This 26th day of April, 2006.

_____
UNITED STATES DISTRICT JUDGE