CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 27 2006

JOHN F. CORCORAN, CLERK
BY:

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| LARRIANTE` SUMBRY, | ) |
| | ) Civil Action No.:7:06cv00227 |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| INDIANA STATE PRISON, et al., | ) By: Samuel G. Wilson |
| | ) United States District Judge |
| Defendants. | ) |
| | ) |

It is **ORDERED** and **ADJUDGED** that plaintiff, Larriante` Sumbry's motion to proceed on appeal *in forma pauperis* is **GRANTED**.

**ENTER:** This July 27, 2006.

_____
UNITED STATES DISTRICT JUDGE